# EXHIBIT A

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

### Exhibit A – Additional Plaintiffs Named in Plaintiffs Omnibus Class Action Complaint (V)

1100 Valencia LLC
Akers, Christine and Robert
Alava, Alicia
Albano, Carol
Alcindor, Nevinsthon and Marlen
Alldredge, Emily and Rufus
Allen, Andrew and Nicole
Allen, Philip and Clarine
Alonzo, Lana
Amato, Dean and Dawn
Amaud, Lester and Catherine
Ameneiro, Sandra and Gino
Amerson, Amy Louise
Ancira, Chris and Lilah
Anders, Thomas G. and Nicole P.
Anderson, Alexander
Anderson, Shawnree and John
Anello, Joe and Delma
Antilles Vero Beach, LLC, c/o Ironwood Development
Archer, Steven and Anja
Arsenaux, Everiste and Lizette
Asad, Issa and Noha
Atkins, Taddarreio and Mattea
Atwell, Roger
Auerbach, Suely
Austin, John
Back, Charles and Mary
Baginski, Andrea
Bagley, Gerald
Balan, Kirenia and Jorge
Barlow, Regine and John
Barone, John and Heather
Barreca, Antoine and Nicole
Barreca, Corinne
Barrow, Clarence and Marion
Bello de Bachek, Nilda
Benjamin, Jack and Claire
Berry, Keith and Elizabeth
Bettencourt, Virgil and Mary
Bilski, Walter and Tracey
Bissoon, Suresh and Oma
Blalock, Angeles
Bloom, Andrew and Ina
Blue, John and Rachelle
Bonnecarrere, Wavi Lee
Boothe, Neil
Boquet, Edwin
Borne, Barry and Mary
Borne, Carol
Borrello, Donna M. and Stallings, Thomas W.
Boudreaux, Virginia R.

Bound, Brenda
Bourdon, Lucille
Bourgeois, Richard and Gail
Boutte, Don and Robinson, Michael
Boxe, Kevin and Roxann
Bradley, Jimmy and Louise
Braithwaite, Judy
Braselman, Holly
Brazon, Kevin and Jennifer
Brewton, I.D., III and Sonia
Brian, Wilton and Rita
Bronaugh, David and Heather
Brown, Ada and Hillary
Brumfield, Ollie and Andreienne
Burke, Jules and Barbara
Burke, Richard and Rebecca
Butler, Hilliard and Sheral
Butler, James and Joycelyn
Buxton, Darren and Tracy
Byrne, Gertrude
Callais, Gary and Michelle
Cameron, Christine
Campbell, Thomas and Kelli
Canty, Honore and Elaine
Carciato, Lisa
Carrol, Cindy
Carter, Daniel
Casey, Hugh
Cassagne, Jordan and Brande
Cassard, Jesse and Angela
Cathcart, Carolyn
Ceruti, Ronald and Sharon
Chatman, Funell and Gail
Cheramie, Bertoule and Joan
Chiappetta, Kevin and Karen
Chutz, Lily Rose
Clague, Randy and Lisa
Clark, Carolyn
Cohen, Carol
Colby, Richard and Susan; Jordan, Nathan and Nickens, Florette
Conrad, Formica and Fayard, Crystal
Coogan, Kevin and Stella
Cooper, Brenda
Cordier, Gregory and Jean
Corell, Roberto and Angela
Corr, Thomas Leo, III and Marchetti, Shawn
Cotlar, Sideny and Diane
Crawford, Monique and Elaine
Cucci, Jacqueline
Cunningham, Dennis and Susan

Darby, Harry and Melissa
Dauterive, Valliere and Margaret; and Dauterive Savoy, Ann
De Los Santos, Rosibel and Brian
Dejan, Charlotte
Dejan, Leroy and Ann
Dennis, Patrick and Kathleen
Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)
DiMaggio, Juanita
Dinette, Rodney and Geraldine
Dinitto, Patrick and Magalhaes, Hevanilson
Dodge, Dale and Beverly
Donahoe, Patrick and Tina
Donaldson, Jill and Oertling, Jared
Donaldson, Malcom and Kelli
Dorsey, Glenda F.
Duhon, Christopher and Kimberly
Dupre, Ross and Marlo
Dupuy, Cullen and Mary
Durham, Scott and Heather
Durrance, Barry and Denise
Edmonds, Rick
Egan, Michelle and Giancario Lee
Eleuterius, Gregory and Elizabeth
Eleuterius, Marshall and Tasha
Elliot, Dezman
Elliott, William and Frye, Mary Ann
Elsenberg, Brian and Lauren
Eskenazi, Anna and Mark
Eugene, Adrien
Evans, Jamie Lynn
Fallmann, James and Barbara
Farmer, Richard, Connie and Tracie
Felicetti, Steven and Gayle
Fernandez, Joseph
Fernandez, Vernon Leroy and JoAnn Cross
Fineschi, Nicola and Connie
Finke, Margaret
Fisher, Steve and Corrinn
Franatovich, Mitchell J.
Frenchman, Beth
Gaita, Gina (Promenade)
Galatas, Bernadette
Galle, Joey and Amanda
Galle, Joseph and Debbie
Galloway, James and Cynthia
Galvin, Larry and Rene
Gamboa, Hernan

Gammage, Dr. Dan
Ganucheau, Renee
Garcia, Jesus and Fernandez, Julio
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Garrett, Philip and Courtney
Gaussiran, Maxi
Genovese, Karen
Gerica, Ramona
Gill, Ted and Pamela
Gillane, William and Maureen
Gleason, Herman and Deborah
Gody, Anthoney and Candace
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gotreaux, Dustin and Korie
Greco, Vincent
Gremillion, Paul and Andrea
Gross, Cheryl and David
Guerra, Darlyn
Guice, Kenneth
Guidry, Christopher and Jerene
Guillot, Eno and Frances
Hakenjo, Candace and Todd
Hankins, Lee and Barbara
Hanlon, Patrick and Ann
Harkins, Rochelle Frazier
Harmon, Dennis and Nancy
Harris, Anthony Richard
Hart, Jesse and Sheila
Hay, Robert and Maria
Headley, Danny and Cathy
Heck, Joshua and Kelly
Herbert, Jason and Shanique
Hernandez, John and Diane E.
Hernandez, Marla
Hewitt, Margie
Hidalgo, Tony and Sidney
Hogan, Barbara
Hopper, Dean and Dena
Houston, Debra (Promenade)
Hubbell, Wendy and Cimo, Christy
Huckaby, Brian
Hufft, Val and Audrey
Hulsey, Charles and Sarah
Jackson, Senora B.
James, Janelle
James, Jason and Jessica
Jarrell, Chad and Darlene
Jastremski, Florence
Johnson, Charles and Molly
Johnson, Kenneth and Jeri and Johnson Family Living Trust
Johnson, Willie L. Jr.
Jones, Allie and Jeanie
Julian, Marcelo
Kapalin, Daniel and Danielle
Kehoe, Molly
Kelly, Gary and Vicki
Kessler, David and Amanda
King, David and Mary
Kitts, Corey and Monique
Knight, Christopher and Rosemary
Kottkamp, Jeffrey and Cynthia
Kustenmacher, Kenneth and Juile
Kuykendall, Beverly
LaCroix, Jim
Landry, Gerard and Kiefer, J. Leatrice
Landry, Justin and Renee
Lang, Joe and Amy
Langlois, Rebecca and Roth, Robert
Laraque, Jean and Gueldie
Lartigue, C.W. and Margaret
Lasserre, Paul
LeBlanc, Steven and Dana
LeBlance, Calvin and Sara
Ledet, Trisha and Darryl
Ledford, Samuel
Lee, Kevin
Lefton, David and Garcia, Michelle
LeJeune, Michael and Melissa
Mackoff, Arlene and Charles
Macmurdo, William and Cornelia
Macon, Jeremy
Maillot, Georges and Janice
Martin, Michael
Martineau, Bill and Cynthia
Matus, Aldo and Ghedy
Mayo, Edward and Jacqueline
McCoy, Clyde and Ira
McLain, Jon Scott
Mercado, Juan and Irena
Metcalfe, George and Amy
Methvin, William and Deborah
Meyer, Lawrence and Elizabeth
Middleton, Michael and Megham
Miller, Bradley and Tricia
Mills, Jeannete
Minafri, Steven
Mizne, Michael and Jeannine
Morici, Mark and Maureen
Morlas, Ralph and Paula
Morris, Robert
Mosley, Shawn
Mottolo, Gene
Mullen, Thomas and Kathleen
Musgrave, Richard and Michele
Naden, Craig and Roberta
Neumann, Allan
Nevels, Susan
Nichols, James and Kathleen
Niswonger, Mary M.
Novello, Robin
Nunez, Ernest and Marie
Nunez, Frederick and Lisa
Olson, Olaf A. and Wanda G.,
Orduna, Albert and Judith
Orlowski, David
Owens, Brenda
Page, Dwight and Psyche
Parker, Charles and Rachael
Parr, Shelly and Kelly
Pasentine, Judith Ellen
Patin, Danielle
Patterson, Joan
Payton, Sean and Beth
Pelican Point Properties, L.L.C., (A Maryland Limited Liability Company)
Pentecost, Mary Louise
Peoples, Debra
Peres, Tony and Kathy
Perry, Timothy and Tracy
Petagna, Brent and Lisa
Peters, Ronald
Peterson, Derrick and Robin
Petrey, Charles and Marcia
Pierson, Jan and Neil
Piwetz, Randy and Jeanne
Price, Joshua and Kimberlea
Prichard Housing Authority
Promenade at Tradition Community Association, Inc.
Pryce, Hazel and Smith, Dionne
Puig, Donald and Marcelyn
Querol, Damien
Quick, William and Maxine
Quilio, Sandra
Quividia, Joseph Todd
Raborn, Randy and Pamela
Reid, Grant and Kathyrn
Rekhels, Alexander and Irina
Reynolds, Karen
Riggio, Brenda and Ignatius
Rigney, George and Raffy
Ristovski, Van
Rizzo, Jack and Luz
Robair, Alexander
Robbins, Margaret and Glenwood
Roberson, Sandra
Roberts, Jeffrey D.
Rodosta, Toni
Rogers, Brad and Cassandra
Rogers, Joyce W.
Rohan, Patricia and Donald
Rome, Erwin and Karen
Rookery Park Estates, LLC
Roseman, Robert and Linda
Rosen, Michael
Rosetta, Dufrene and Ernest
Ruesch, Kevin and Dorothy
Ryckman, Rickey
Salter, Kenneth and Cindy
Schields, Larry
Schmitt, Leah and Todd; Hammond, Anne and Cangelosi, Pam
Scott, Terrance and Semrau, Deborah

| | | |
|---|---|---|
| Segreto, Mark and Victoria | Taylor, David Jason and AmandaB. | Watts, Sharon |
| Segundo, Rafael and Ana | Tedesco, Caroline and Robert | Wayne, William and Kelly |
| Shelton, Michael and Leslie | Theard, Avery and Tjaynell | Wenzel, John and Lorraine |
| Sicard, Austin, Jr. | Thomas, Brian and Tamara | Wheeler, Don and Agnes |
| Silvestri, Susan W. | Thomas, Darlene and James | Whitaker, Robert and Dana |
| Singleton, Enrica | Thornton, Stanley and April | White, Taeneia |
| Skinner, Helena | Tiemann, Richard and Jean | Wilcox, Eric and Karen |
| Smith, Clinton and Kelly | Toras, Nikolaos | Wilfer, Rosanne |
| Spencer, Patricia | Torrance, Matthew and Mary | Williams, Diana and Terry |
| St. Martin, Steven and Janeau | Turner, Tyrone C. | Williams, Margret and Wakeland, Angella and Nicholas |
| Stanley, Duke | Uli, Peter and Catherine | Wilson, Teresa |
| Staub, Dana and Marcus | Van Winkle, Ronnie and Anne | Wischler, Robert |
| Steele, Jason and Peny | Velez, Louis | Wood, Bryan and Kimberly |
| Steubben, John and Grace | Vest, Hugh and Tracy | Woolley, Scott |
| Stone, Thomas and Lauren | Waguespack, Jacques and Nicole | Youmans, Dr. Cassandra |
| Tabor, Edward and Emmilou | Walker, Demetra | Young, Linda and Raymond |
| Talbert, Bill | Ward, Amy and Truman | Zamora, Hope |
| Tarzy, Jim | Watson, Patrick and Paula | |