# EXHIBIT B

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

## Exhibit B – Additional Defendants Named in Plaintiffs Omnibus Class Action Complaint (V)

**Insurance Company Defendants**
Ace Fire Underwriters Insurance Company
Alabaster Assurance Company, Ltd.
Allied World Assurance Company
American Guarantee and Liability Insurance Company
American Home Assurance Company
American Insurance Company
American International Specialty Lines Insurance Company
American International Surplus Lines Agency, Inc.
American Zurich Insurance Company
Amerisure Mutual Insurance Company
Arch Insurance Company
Assurance Company of America (Zurich North America)
Audubon Insurance Group
Auto-Owners Insurance Company
Axis Surplus Insurance Company
Bankers Insurance Company
Builders Insurance Company
Builders Mutual Insurance Company
Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.)
Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company
Chubb Custom Insurance Company
Cincinnati Insurance Company
Clarendon America Insurance Company
Continental Casualty Company
Crum & Forster Specialty Insurance Company
Employers Insurance Company of Wausau
Endurance American Insurance Company
Endurance Specialty Insurance Ltd.
Essex Insurance Company
FCCI Commercial Insurance Company
FCCI Insurance Company
Fireman's Fund Insurance Company
General Fidelity Insurance Company
General Security Indemnity Company of Arizona
Granada Insurance Company
Great American Assurance Company
Greenwich Insurance Company

The Hanover American Insurance Company
Hanover Insurance Company
Harleysville Mutual Insurance Company
Heath Insurance Brokers, Incorporated
Illinois National Insurance Company
The Insurance Company of the State of Pennsylvania
Interstate Fire & Casualty Company
John Doe, a participating insurer under the Louisiana Home Builders Association General Liability Trust
John Doe, a member of the Chubb Group of Insurance Companies
John Doe, a member or subsidiary of AIG, The Insurance Company of the State of Pennsylvania
John Doe, a member of Bituminous Insurance Companies
John Doe, a member of Zurich North American
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Insurance Company
Louisiana Home Builders Association General Liability Trust, a Louisiana entity
Markel Insurance Company
Mid-Continent Casualty Company
National Union Fire Insurance Company
National Union Fire Insurance Company of Pittsburgh
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Property and Casualty Insurance Company
North American Specialty Insurance Company
Nautilus Insurance Company
The North River Insurance Company
Old Dominion Insurance Company
Old Republic Insurance Company
Owners Insurance Company
Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.
QBE Specialty Insurance Company
Quanta Indemnity Company
RLI Insurance Company
RSUI Group, Inc.
Royal & Sunalliance Insurance Agency Inc.
Safeco Insurance Company of America
Scottsdale Insurance Company
SR International Business Insurance Company Ltd.
Standard Fire Insurance Company
State Farm Fire and Casualty Company
Steadfast Insurance Company
St. Paul Fire & Marine Insurance Company
Swiss Re International SE
Travelers Property Casualty Company of America

Travelers Indemnity Company of Connecticut
Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois
Vinings Insurance Company
Wausau Underwriters Insurance Company
Wesco Insurance Company
Westchester Surplus Lines Insurance Company
XL Europe Ltd.
XL Insurance Company Ltd.
Zurich American Insurance Company

### Distributors/Suppliers/Importer/Exporter/Brokers
Bailey Lumber & Supply Company
Bailey Lumber & Supply Company of Biloxi
Banner Supply Co.
Banner Supply Company Ft. Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Black Bear Gypsum Supply, Inc.
Black Bear Gypsum, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
L&W Supply Corporation d/b/a Seacoast Supply Company
Mazer's Discount Home Centers, Inc.
Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials
Tobin Trading, Inc.
USG Corporation
Venture Supply Company
Venture Supply, Inc.

### Developer/Builders
Albanese-Popkin The Oaks Development Group, L.P.
Aubuchon Homes, Inc.
Beazer Homes Corp.
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown, LLC
Centerline Homes at Port St. Lucie, LLC
Centerline Homes at Tradition, LLC
Centerline Homes at Vizcaya, Inc.
Centerline Homes Construction, Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Completed Communities II, LLC
E. Jacob Construction, Inc.

E. Jacob Fakouri Construction, Inc.
Gryphon Construction, LLC
Gryphon Corporation
Lennar Corporation
Lennar Homes, LLC
Mayeaux Construction, Inc.
M/I Homes, Inc.
M/I Homes of Tampa, LLC
The Mitchell Co.
Morrison Homes, Inc.
Northstar Holdings at B and A, LLC
Northstar Homebuilders, Inc.
Northstar Homes, Inc.
Overlook, LLC
Overlook Point, LLC
Parallel Design and Development, LLC
Siesta Bay Custom Homes, LLC
Sterling Communities, Inc.
Sterling Communities Realty, Inc.
The Sterling Collection, Inc.
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Summit Homes, LLC n/k/a PHL Construction, LLC
Sun Construction, LLC
Sun Construction, LLC d/b/a Sunrise Homes
Sunrise Construction and Development, LLC
Sunrise Custom Homes and Construction, LLC
Taylor Morrison of Florida, Inc.
Taylor Morrison, Inc.
Taylor Morrison Services, Inc. d/b/a Morrison Homes
Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company

### Contractor/Installers
F. Vicino and Company, Inc.
Graf's Drywall, LLC
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
Precision Drywall, Inc.
Right Way Finishing, Inc.
RJL Drywall, Inc.
The Porter-Blaine Corporation